IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| WILLIAM D. GRUSSING | Cause No. CV-19-21-GF-BMM-JTJ |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| CORECIVIC, INC, et al., | |
| Defendant. | |

The parties having stipulated to the dismissal of the above-captioned action and good cause appearing therefore;

IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice as fully and finally settled. Each party shall bear its own costs and attorney's fees.

DATED this 29th day of April, 2020.

_____
Brian Morris
United States District Court Judge

2961252                                                                                     1